623 A.2d 322

**Dr. Joseph T. SKEHAN, Appellant,**

v.

**PRESIDENT AND BOARD OF TRUSTEES OF BLOOMSBURG STATE COLLEGE.**

Supreme Court of Pennsylvania.

Argued April 7, 1993.

Decided April 30, 1993.

David L. Glassberg, Hazleton, for appellant.

Calvin R. Koons, Harrisburg, for appellee.

Before NIX, C.J., and LARSEN, FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Order affirmed.

Mr. Justice Larsen dissents.